UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JANERIS DE JESUS RODRIGUEZ, as Parent and Natural
Guardian of **E.R.**, and **JANERIS DE JESUS RODRIGUEZ,** individually.

**LINDA LARACH-COHEN**, as Parent and Natural Guardian
of **M.C.**, and **LINDA LARACH-COHEN,** individually.

**CLAUDIA RIVAS**, as Parent and Natural                              23-cv-10356 (KPF)
Guardian of **S.C.**, and **CLAUDIA RIVAS,** individually;

**SVETLANA KHANIMOVA**, as Parent and Natural Guardian
of **Y.N.**, and **SVETLANA KHANIMOVA**, individually.

**EILEEN MENDEZ**, as Parent and Natural Guardian, of **A.C.**, and
**EILEEN MENDEZ,** individually.

        Plaintiffs,

  -against-

**DAVID C. BANKS**, in his official capacity as Chancellor of the **STIPULATION OF**
New York City Department of Education, and the **VOLUNTARY DISMISSAL**
**NEW YORK CITY DEPARTMENT OF EDUCATION,**

        Defendants.
------------------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED, by the undersigned, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims against the Defendant, DAVID C. BANKS, in his official capacity as Chancellor of the New York City Department of Education, and the NEW YORK CITY DEPARTMENT OF EDUCATION, in the above-captioned matter are dismissed with prejudice, and without costs or fees to any party, brought by Plaintiffs, i. **JANERIS DE JESUS RODRIGUEZ**, ii. **LINDA LARACH-COHEN**, iii. **CLAUDIA RIVAS**,

1

iv. **SVETLANA KHANIMOVA and v. EILEEN MENDEZ** as Parent and Natural Guardian of E.R, M.C., S.C., Y.N. and A.C. respectively and individually.

Dated: March 11, 2025
  New York, New York

| | |
|---|---|
| BRAIN INJURY RIGHTS GROUP<br>*Attorneys for Plaintiffs'*<br>300 E. 95th Street, Suite 130<br>New York, New York 10128<br>(636) 850-503 | New York City Law Department<br>*Attorneys for Defendants*<br>100 Church Street<br>New York, NY 10007<br>212-356-2079 |
| By: _____<br>Kenneth Willard, Esq. | By: _____<br>Jaimini Ajay Vyas |

**SO ORDERED.**                    Dated:   March 13, 2025
                                            New York, New York

_____
**Judge Katherine Polk Failla**
**United States District Judge**